___



**SO ORDERED,**

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 6, 2020**

___

The Order of the Court is set forth below. The docket reflects the date entered.

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MARCUS DOUGLAS EVANS,                                  CASE NO: 20-50834-KMS
       Debtor                                                                                  CHAPTER 13

___

### ORDER ON OBJECTION TO CONFIRMATION 13 PLAN
___

THIS MATTER came before the Court upon the Objection to Confirmation to the Debtor's Chapter 13 Plan filed by Todd and Rae Andreacchio and Christopher Thompson (Dkt# 41) and the Court having conducted a telephonic hearing in this matter concluded that the Objection to Confirmation is well taken and should be granted.

IT IS HEREBY ORDERED that the Objection to Confirmation shall be and the same is hereby granted upon the grounds set forth in the Objection to Confirmation.

##END OF ORDER##

1

Submitted by:


/s/ Cynthia H. Speetjens
CYNTHIA H. SPEETJENS
100 Depot Drive, Suite B
Madison, Mississippi 39110
MSB #2407
(601) 954-1369
cspeetjens@ms-lawyer.net



 /s/ Matthew Wilson
MATTHEW WILSON
PO Box 4814
Mississippi State, MS 39762-4814
MSB #102344
T: (662) 312-5039
starkvillelawyer@gmail.com

ATTORNEYS FOR TODD and RAE ANDREACCHIO, et ux.,
and CHRISTOPHER THOMPSON as the
Administrator of the Estate of Christian Andreacchio

2