# Proceeding Minutes / Proceeding Memo

**Case #:** 20-50834  **Case Name:** Marcus Douglas Evans

**Set:** 09/17/2020 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to Pending Civil Suit in Lauderdale County, MS. . Filed by Creditors Rae Andreacchio, Todd Andreacchio, Christopher Thompson (Attachments: # 1 Proposed Order) (Dkt. #85)

Answer filed by the Debtor (Dkt. #96)

---

Minute Entry Re: (related document(s): [85] Motion for Relief From Stay filed by Rae Andreacchio, Todd Andreacchio, Christopher Thompson) Engell to submit an Agreed Order due by 10/01/2020; email received from Engell's office. (ChristyCannette)