

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 1, 2020

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Marcus Douglas Evans                    CASE # 20-50834-KMS
  DEBTOR(S)                                     CHAPTER 13

### AGREED ORDER

THIS CAUSE came before the Court on Debtor's Objection to Proof of Claim of Rae

Andreacchio, Todd Andreacchio, and Christopher Thompson , Claim No. 22 and 23, (Dkt 53)

the Creditors response (Dkt#91) having been filed in the above styled and numbered Chapter 13

Bankruptcy and the Court having been advised that the parties have reached an agreement as to

the pending issues and finds that the Motion is well taken and should be granted, it is therefore:

   ORDERED AND ADJUDGED that the said Objection of POC claim #22 and #23

are hereby sustained. The claims of Rae Andreacchio, Todd Andreacchio, and Christopher

Thompson shall be disallowed.

### ##END OF ORDER##

Agreed:

Douglas M. Engell

Attorney for Debtor

P O Box 309

Marion, MS 39342

(601) 693-6311

Bar No: 10664

Email: dengell@dougengell.com


Cynthia H. Speetjens

Attorney for Creditor

2088 Main Street, Suite A

Madison, Mississippi 39110

(601)707-9711

Bar No.: 2407

cspeetjens@ms-lawyer.net


Evans 20-50834-KMS