

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 1, 2020**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: Marcus Douglas Evans**                              **Case: 20-50834-KMS**
**DEBTOR**                                                    **CHAPTER 13**

## AGREED ORDER ON OBJECTION TO CONFIRNATION
## OF THE MODIFIED PLAN

A Objection to Confirmation of the Modified Plan (Dkt # 90) filed by Creditor Cena Cooley Evans having been filed in the above styled and numbered Chapter 13 Bankruptcy and the Court having been advised that the parties have reached an agreement as to the pending issues and finds that the Motion should be withdrawn, it is therefore:

ORDERED AND ADJUDGED that Objection to Confirmation of the Modified Plan (Dkt # 90) filed by Creditor Cena Cooley Evans is hereby withdrawn.

##END OF ORDER##

Agreed:

 /s/ Douglas M. Engell
Douglas M. Engell
Attorney for Debtor
P O Box 309
Marion, MS 39342
(601) 693-6311

Bar No: 10664
Email: dengell@dougengell.com

_____
Lewis W. Bell
Attorney for Creditor Cena Cooley Evans
PO BOX 650
Jackson, Mississippi 39205-0650
(601)965-1977
Bar No.: 2337
lbell@watkinseager.com

Evans 20-50834-KMS